Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

May 14 20 25

Ravi Subramanian, Clerk

By_____ Deputy

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff

v.

1. OCTAVIO SALAZAR PALMA,
2. LUIS SOTO LARA,
3. JUAN RAMIREZ RECINOS,
4. GERMAN JUAREZ-OTANEZ,
5. ALEXANDER EMILIO COZZA,
6. MARCO ANTONIO BOBADILLA GONZALEZ, and
7. ISAI GAMBOA PACHECO,

Defendants.

NO. **CR25-090** RAJ

**INDICTMENT**

The Grand Jury charges that:

## COUNT 1

### (Conspiracy to Distribute Controlled Substances)

Beginning at a time unknown, and continuing until at least May 14, 2025, in King and Clark Counties, within the Western District of Washington, and elsewhere OCTAVIO SALAZAR PALMA, LUIS SOTO LARA, JUAN RAMIREZ RECINOS,

Indictment - 1
*United States v. Salazar Palma et al.*
USAO No. 2025R00579

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

GERMAN JUAREZ-OTANEZ, ALEXANDER EMILIO COZZA, MARCO ANTONIO BOBADILLA GONZALEZ, and ISAI GAMBOA PACHECO, and others known and unknown, did knowingly and intentionally conspire to distribute controlled substances, including: cocaine, methamphetamine, heroin, and N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), substances controlled under Title 21, United States Code.

### Cocaine Quantity Allegations

The Grand Jury further alleges that with respect to OCTAVIO SALAZAR PALMA, LUIS SOTO LARA, and JUAN RAMIREZ RECINOS, their conduct as members of the conspiracy charged in Count 1, which includes the reasonably foreseeable conduct of other members of the conspiracy charged in Count 1, involved five kilograms or more of a mixture or substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers, in violation of Title 21, United States Code, Section 841(b)(1)(A).

The Grand Jury further alleges that with respect to GERMAN JUAREZ-OTANEZ, ALEXANDER EMILIO COZZA, MARCO ANTONIO BOBADILLA GONZALEZ, and ISAI GAMBOA PACHECO, their conduct as members of the conspiracy charged in Count 1, which includes the reasonably foreseeable conduct of other members of the conspiracy charged in Count 1, involved 500 grams or more of a mixture or substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers, in violation of Title 21, United States Code, Section 841(b)(1)(B).

### Quantity Allegations – Methamphetamine

The Grand Jury further alleges that with respect to GERMAN JUAREZ-OTANEZ, their conduct as members of the conspiracy charged in Count 1, which includes the reasonably foreseeable conduct of other members of the conspiracy charged

Indictment - 2
*United States v. Salazar Palma et al.*
USAO No. 2025R00579

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

in Count 1, involved 50 grams or more of methamphetamine, its salts, isomers, or salts of its isomers, and 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, in violation of Title 21, United States Code, Section 841(b)(1)(A).

### Quantity Allegations – Heroin

The Grand Jury further alleges that with respect to OCTAVIO SALAZAR PALMA, LUIS SOTO LARA, and GERMAN JUAREZ-OTANEZ, their conduct as members of the conspiracy charged in Count 1, which includes the reasonably foreseeable conduct of other members of the conspiracy charged in Count 1, involved 1,000 grams or more of a mixture or substance containing a detectable amount of heroin, in violation of Title 21, United States Code, Section 841(b)(1)(A).

### Quantity Allegations – Fentanyl

The Grand Jury further alleges that with respect to OCTAVIO SALAZAR PALMA, LUIS SOTO LARA, JUAN RAMIREZ RECINOS, and GERMAN JUAREZ-OTANEZ, their conduct as members of the conspiracy charged in Count 1, which includes the reasonably foreseeable conduct of other members of the conspiracy charged in Count 1, involved 400 grams or more of a mixture and substance containing a detectable amount of fentanyl, in violation of Title 21, United States Code, Section 841(b)(1)(A).

All in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C), and 846.

### COUNT 2

**(Possession of a Controlled Substance with Intent to Distribute)**

On or about February 24, 2025, in King County, within the Western District of Washington, OCTAVIO SALAZAR PALMA and ALEXANDER EMILIO COZZA did knowingly and intentionally possess, with the intent to distribute, and aid and abet the

Indictment - 3
*United States v. Salazar Palma et al.*
USAO No. 2025R00579

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

possession of, with the intent to distribute, a controlled substance, including: cocaine, a substance controlled under Title 21, United States Code.

The Grand Jury further alleges that the offense involved 500 grams or more of a mixture or substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers.

The Grand Jury further alleges that this offense was committed during and in furtherance of the offense alleged in Count 1 (Conspiracy to Distribute Controlled Substances).

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), and Title 18, United States Code, Section 2.

## COUNT 3

### (Possession of Controlled Substances with Intent to Distribute)

On or about February 24, 2025, in King County, within the Western District of Washington, GERMAN JUAREZ-OTANEZ did knowingly and intentionally possess, with the intent to distribute, and aid and abet the possession of, with the intent to distribute, controlled substances, including: methamphetamine, fentanyl, and cocaine, substances controlled under Title 21, United States Code.

The Grand Jury further alleges that the offense involved 50 grams or more of methamphetamine, its salts, isomers, or salts of its isomers, and 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine.

The Grand Jury further alleges that the offense involved 400 grams or more of a mixture and substance containing a detectable amount of fentanyl.

The Grand Jury further alleges that the offense involved 500 grams or more of a mixture or substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers.

Indictment - 4
*United States v. Salazar Palma et al.*
USAO No. 2025R00579

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The Grand Jury further alleges that this offense was committed during and in furtherance of the offense alleged in Count 1 (Conspiracy to Distribute Controlled Substances).

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and 841(b)(1)(B), and Title 18, United States Code, Section 2.

## COUNT 4

### (Possession of Controlled Substances with Intent to Distribute)

On or about March 27, 2025, in Clark County, within the Western District of Washington, OCTAVIO SALAZAR PALMA, LUIS SOTO LARA, and JUAN RAMIREZ RECINOS, did knowingly and intentionally possess, with the intent to distribute, and aid and abet the possession of, with the intent to distribute, controlled substances, including: cocaine and fentanyl, substances controlled under Title 21, United States Code.

The Grand Jury further alleges that the offense involved five kilograms or more of a mixture or substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers.

The Grand Jury further alleges that the offense involved 400 grams or more of a mixture or substance containing a detectable amount of Fentanyl.

The Grand Jury further alleges that this offense was committed during and in furtherance of the offense alleged in Count 1 (Conspiracy to Distribute Controlled Substances).

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

## FORFEITURE ALLEGATION

The allegations contained in Counts 1, 2, 3 and 4 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture. Upon

Indictment - 5
*United States v. Salazar Palma et al.*
USAO No. 2025R00579

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

conviction of an offense alleged in Counts 1, 2, 3 or 4, OCTAVIO SALAZAR PALMA, LUIS SOTO LARA, JUAN RAMIREZ RECINOS, GERMAN JUAREZ-OTANEZ, ALEXANDER EMILIO COZZA, MARCO ANTONIO BOBADILLA GONZALEZ, and ISAI GAMBOA PACHECO  shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853,  any property that constitutes or is traceable to proceeds of the offense, as well as any property that facilitated the offense.

**Substitute Assets.** If any of the above-described forfeitable property, as a result of any act or omission of the defendants,

a.    cannot be located upon the exercise of due diligence;

b.    has been transferred or sold to, or deposited with, a third party;

c.    has been placed beyond the jurisdiction of the Court;

d.    has been substantially diminished in value; or

e.    has been commingled with other property which cannot be divided without difficulty,

//

//

//

Indictment - 6
*United States v. Salazar Palma et al.*
USAO No. 2025R00579

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

it is the intent of the United States to seek the forfeiture of any other property of the defendant, up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL: *yes*

DATED: 14 May 2025

*Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States.*

_____

FOREPERSON

_____

TEAL LUTHY MILLER
Acting United States Attorney

_____

VINCENT T. LOMBARDI
Assistant United States Attorney

_____

CASEY S. CONZATTI
BRIAN J. WYNNE
Assistant United States Attorneys

Indictment - 7
*United States v. Salazar Palma et al.*
USAO No. 2025R00579

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970