Judge Tana Lin

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

6. MARCO ANTONIO BOBADILLA
GONZALEZ,

Defendant.

NO. CR25-090 TL

SUPERSEDING INFORMATION

The United States charges that:

## COUNT 1

### (Conspiracy to Distribute Controlled Substances)

Beginning at a time unknown, and continuing until at least May 29, 2025, in King County, within the Western District of Washington, and elsewhere, MARCO ANTONIO BOBADILLA GONZALEZ, and others known and unknown, did knowingly and intentionally conspire to distribute controlled substances, including: cocaine, a substance controlled under Title 21, United States Code.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and 846.

Superseding Information - 1
*United States v. Marco Antonio Bobadilla Gonzalez*, CR25-090 TL

## COUNT 2

**(Possession of a Firearm in Furtherance of a Drug Trafficking Offense)**

On or about May 29, 2025, in King County, within the Western District of Washington, MARCO ANTONIO BOBADILLA GONZALEZ knowingly possessed a firearm, that is: a Springfield XD Pistol, a Century Arms AK Style Rifle, a Century Arms AKMS Pistol, a Polymer 80 Pistol, a Century Arms Mini Draco AK Style Pistol, a second Polymer 80 Pistol, a Smith and Wesson M&P Pistol, and a Glock 27 handgun, in furtherance of a drug trafficking crime for which the defendant may be prosecuted in a court of the United States: *Conspiracy to Distribute Controlled Substances*, as alleged in Count 1 above.

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## FORFEITURE ALLEGATION

The allegations contained in Counts 1 and 2 of this Superseding Information are hereby realleged and incorporated by reference for the purpose of alleging forfeiture.

Upon conviction of the offense alleged in Count 1, MARCO ANTONIO BOBADILLA GONZALEZ shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property that constitutes or is traceable to proceeds of the offense, as well as any property that facilitated the offense. This property includes, but is not limited to the following property seized on or about May 29, 2025, from 132 Blueberry Court SW, Pacific, Washington:

      a.    Approximately 419 Pokémon Cards;

      b.    Approximately $57,737 in U.S. currency;

      c.    Miscellaneous body armor inserts;

      d.    Miscellaneous jewelry, including approximately:

          i.    16 Rings;

Superseding Information - 2
*United States v. Marco Antonio Bobadilla Gonzalez*, CR25-090 TL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

  ii.  10 Bracelets;

  iii.  18 Pendants;

  iv.  11 Chains;

  v.  One pair Earrings;

  vi.  Five Watches;

  vii.  One Pocket Watch;

  viii.  One Broach;

  ix.  Seven Charms;

  x.  Assorted silver-colored jewelry;

  xi.  Assorted gold-colored jewelry;

e. Miscellaneous precious metals, coins, and bars;

f. Assorted stones;

g. The following firearms, ammunition, and accessories:

  i.  One Polymer 80 Pistol, bearing no serial number, with empty magazine;

  ii.  One Century Arms AKMS Pistol, bearing serial number KMS00222 with loaded magazine;

  iii.  One Century Arms AK Style Rifle, bearing serial number C39V2A34618, with loaded magazine;

  iv.  One Springfield XD Pistol, bearing serial number HE107328, with loaded magazine;

  v.  One Century Arms Mini Draco AK Style Pistol, bearing serial number PMD-18034-19 RO, with loaded magazine;

  vi.  One Polymer 80 Pistol, bearing serial number PF940C, with loaded magazine;

Superseding Information - 3
*United States v. Marco Antonio Bobadilla Gonzalez*, CR25-090 TL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

vii.     One Smith & Wesson M&P Pistol, bearing serial number HLS3598, with loaded magazine;

viii.    One Glock 27 handgun, bearing serial number SGA276, with loaded magazine;

ix.      26 magazines;

x.       Any associated ammunition; and

xi.      One Gun Case, containing loaded magazines and ammunition.

Upon conviction of the offense alleged in Count 2, MARCO ANTONIO BOBADILLA GONZALEZ shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), by way of Title 28, United States Code, Section 2461(c), any firearms and ammunition that were involved in the offense, including but not limited to the following firearms and ammunition seized on or about May 29, 2025 from 132 Blueberry Court SW, Pacific, Washington:

a.       One Polymer 80 Pistol, bearing no serial number, with empty magazine;

b.       One Century Arms AKMS Pistol, bearing serial number KMS00222 with loaded magazine;

c.       One Century Arms AK Style Rifle, bearing serial number C39V2A34618, with loaded magazine;

d.       One Springfield XD Pistol, bearing serial number HE107328, with loaded magazine;

e.       One Century Arms Mini Draco AK Style Pistol, bearing serial number PMD-18034-19 RO, with loaded magazine;

f.       One Polymer 80 Pistol, bearing serial number PF940C, with loaded magazine;

Superseding Information - 4
*United States v. Marco Antonio Bobadilla Gonzalez*, CR25-090 TL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

gi.    One Smith & Wesson M&P Pistol, bearing serial number HLS3598, with loaded magazine;

h.    One Glock 27 handgun, bearing serial number SGA276, with loaded magazine;

i.    26 magazines;

j.    Any associated ammunition; and

k.    One Gun Case, containing loaded magazines and ammunition.

**Substitute Assets.** If any of the above-described forfeitable property, as a result of any act or omission of the defendants,

a.    cannot be located upon the exercise of due diligence;

b.    has been transferred or sold to, or deposited with, a third party;

c.    has been placed beyond the jurisdiction of the Court;

d.    has been substantially diminished in value; or

e.    has been commingled with other property which cannot be divided without difficulty,

//

//

//

//

//

Superseding Information - 5
*United States v. Marco Antonio Bobadilla Gonzalez*, CR25-090 TL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

it is the intent of the United States to seek the forfeiture of any other property of the defendant, up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

DATED this 31st day of March, 2026.

_____ For

SARAH Y. VOGEL
Criminal Chief Assistant U.S. Attorney


_____ For

VINCENT T. LOMBARDI
Assistant United States Attorney


_____

CASEY S. CONZATTI
BRIAN J. WYNNE
Assistant United States Attorneys

Superseding Information - 6
*United States v. Marco Antonio Bobadilla Gonzalez*, CR25-090 TL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970